IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY WEEKES                                                                           PLAINTIFF

v.                              CIVIL NO. 08-2022

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                         DEFENDANT

## MEMORANDUM OPINION

Plaintiff Billy Weekes brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security (Commissioner). (Doc. No. 1). On June 27, 2008, defendant filed a motion to dismiss plaintiff's claim on the ground that it is barred by the time limitation specified in 42 U.S.C. § 405(g). (Doc. No. 7). Defendant states plaintiff's complaint should have been filed with this court on or before March 14, 2008, but was not filed until March 19, 2008. On July 3, 2008, plaintiff filed a motion to dismiss stating that he had decided to reapply for disability benefits. (Doc. No. 8). Both motions are granted and this case is dismissed without prejudice.

DATED this 8th day of July 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE